# INSLER & HERMANN, LLP
## Attorneys at Law
80 Grasslands Road, Suite 102
Elmsford, NY 10523
Phone (914) 286-3030
Fax   (914) 592-____

**Dutchess County Office**
1207 Route 9
Wappingers Falls, NY 12590
(845) 298-0055

Lewis B. Insler
Gabriel J. Hermann*
* Admitted in NY & NJ

**Bergen County Office**
1 University Plaza
Hackensack, NJ 07601
(201) 862-9700

RECEIVED JAN 18 2008 JUDGE SWEET CHAMBERS

January 18, 2008

Hon. Robert W. Sweet
USDJ, SDNY
500 Pearl Street
Room 1920
New York, NY 10007

RE: LOGAN V. ASTRUE 07 CIV 4150 (RWS)

Honorable Sir,

We are in receipt of your Order dated January 14, 2008 directing that the above referenced matter will be heard at noon on Wednesday January 23, 2008.

Please be advised that I have been informed that due to an oversight on my part, the U.S. Attorney did not receive the Motion for Judgment on the Pleadings and Memorandum of Law that was sent via Certified Mail on December 21, 2007.

As such, upon discussion with Assistant US Attorney Susan Baird, it is respectfully requested that the proposed briefing schedule, submitted on October 22, 2007 and approved by you on October 25, 2007, be revised as follows:

| | |
|---|---|
| Plaintiff's Motion for Judgment on the Pleading: | Submitted |
| Defendant's Cross Motion for JOP | February 22, 2008 |
| Plaintiff's Reply Brief (optional) | March 7, 2008 |
| Defendant's reply (if Plaintiff files Reply Brief) | March 21, 2008 |

Thereafter, I will seek Judgment on the Pleadings returnable Wednesday March 26, 2008.

**Please note also that this suit is a Social Security Disability Matter and that the parties respectfully request that this matter be decided on the papers filed.**

Thank you in advance for your attention and consideration. Please contact the undersigned if you have any questions.

Very truly yours,

Gabriel J. Hermann, Esq.

cc: Susan Baird

So ordered
Sweet
USDJ
1-21-08

AUSA
86 Chambers Street
New York, NY

01/18/2008  02:02   9145822726   INSLER&HERMANN, LLP   PAGE  02/02