

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TONI G. LOGAN,

                Plaintiff,                07 **CIVIL** 4150 (RWS)

   -against-                          **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner,
of Social Security,
                Defendant.
-----------------------------------------------------------X

**SCANNED**

The parties having cross-moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), and the said motions having come before the Honorable Robert W. Sweet, United States District Judge, and the Court thereafter, on August 28, 2008 having rendered its Opinion denying plaintiff's motion, granting the Commissioner's cross-motion, and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion dated August 28, 2008, plaintiff's motion is denied; the Commissioner's cross-motion is granted and the complaint is dismissed.

**Dated:** New York, New York
        September 9, 2008

                                        **J. MICHAEL McMAHON**
                                        **Clerk of Court**
                    **BY:**
                                        **Deputy Clerk**

                                **THIS DOCUMENT WAS ENTERED**
                                **ON THE DOCKET ON** _____